UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EUGENE MANN,<br><br>                       Plaintiff,<br><br>v.<br><br>CITY OF CHULA VISTA;<br>CHULA VISTA POLICE<br>DEPARTMENT; OFFICER<br>FREDERICO DOMINGUEZ;<br>OFFICER Y. MARTINEZ,<br><br>                       Defendants. | Case No.: 18cv2525-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

     On November 5, 2018, Plaintiff Carlos Eugene Mann initiated this action by filing a complaint against Defendants City of Chula Vista, Chula Vista Police Department, Officer Frederico Dominguez, and Officer Y. Martinez. (ECF No 1). Plaintiff alleges claims for a number of constitutional and state law violations arising out of an arrest following a domestic disturbance. *Id.* On November 5, 2018, a motion to proceed in forma pauperis was also filed. (ECF No. 2).

     All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); CivLR 4.5. An action may proceed despite a party's

failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook,* 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

The motion to proceed in forma pauperis filed by Plaintiff Carlos Eugene Mann indicates that Plaintiff receives "pension, annuity, or life insurance payments" as well as "disability, or worker's compensation payments." (ECF No. 2 at 1). Plaintiff did not, however, provide a response in the corresponding box indicating "the amount that [Plaintiff] received and what you expect to receive in the future." *Id.* The Court has not been provided with sufficient financial information as to Plaintiff to determine if he qualifies to proceed in forma pauperis in this civil action.

IT IS HEREBY ORDERED that the motion for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice. Plaintiff shall, within thirty (30) days of the date this Order is filed, either (1) pay the filing fee, or (2) submit a motion to proceed in forma pauperis with the required financial information. If Plaintiff fails to submit payment or a motion to proceed in forma pauperis within thirty days of the date of this Order, the Court will dismiss the case without prejudice.

Dated: January 3, 2019

Hon. William Q. Hayes
United States District Court